LEONARD J. LEVENSON et al., Respondents, v JONATHAN LIPPMAN et al., Appellants.

Submitted August 16, 2004; decided September 2, 2004

Motion by City of New York for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed. Nineteen additional copies of the brief may be filed and two additional copies served within 10 days.

Chief Judge KAYE taking no part.

QUANTUM CORPORATE FUNDING, LTD., Respondent, v WESTWAY INDUSTRIES, INC., Defendant, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.

Submitted August 2, 2004; decided September 2, 2004

Motion by Surety Association of America for leave to appear amicus curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed. Twenty copies of a brief may be filed and three copies served within 10 days.

17 EAST 89TH STREET TENANTS, INC., Respondent, v ZION TSABBAR, Appellant.

Submitted June 17, 2004; decided September 2, 2004

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order and judgment granting relief on the ejectment cause of action and expressly severing that cause of action, denied; motion for leave to appeal otherwise dismissed upon the ground that the remaining portion of the Appellate Division order does not finally determine the action within the meaning of the Constitution.